IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY WILLIAMS, | No. C 08-00705 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| S. KUNTZMAN, et al., | |
| Defendants. / | |

Plaintiff, an inmate at Wasco State Prison, filed this action on May 21, 2009. The complaint alleges that in September 2007 plaintiff requested and was denied emergency dental care. The documents attached to the complaint demonstrate that he was seen by a dentist in October 2007, but that he refused the dentist's recommendation of a tooth extraction. Plaintiff alleges defendants have been deliberately indifferent to his serious dental needs and he seeks appropriate care and, in particular, a root canal. He also seeks $10,000 in damages.

On May 29, 2008, the court to whom the case was then assigned granted plaintiff's application to proceed in forma pauperis and ordered that the California Department of Corrections ("CDC") be given notice of the complaint, but no further action was taken. At the end of 2008 the case was reassigned to this Court.

In light of the lapse of time since plaintiff filed his complaint, plaintiff is ordered to provide the Court with an update on the status of his claim if he wishes to pursue his

complaint in this Court. In particular, plaintiff shall file an amended complaint with updated facts and request for relief on or before April 30, 2009. If plaintiff no longer wishes to proceed with his complaint he need do nothing; if the Court does not receive an amended complaint by April 30, 2009 the Court will dismiss plaintiff's lawsuit for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 16, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0705ed\orderreupdate.wpd       2