IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY WILLIAMS,

    Plaintiff,

  v.

S. KUNTZMAN, et al.,

    Defendants.

No. C 08-00705 CRB

**ORDER**

In light of the Court's Order directing plaintiff to file an amended complaint, plaintiff's motions for service of the complaint on defendants (Docket Nos. 6, 7, 8) are dismissed without prejudice. The Court will consider whether to order service after its review of the amended complaint.

**IT IS SO ORDERED.**

Dated: March 25, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0705ed\orderremotions1.frm